# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

| | |
|---|---|
| **Debtor:** | HEATHER DIANE NITCH |
| **Case Number:** | 17-20074-GLT      **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, JULY 27, 2017 10:00 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### *Matter:*

#12 - Final Confirmation of Plan Dated 1/22/2017 (NFC)
   +Objections By:  The Bank of New York Mellon
R / M #:  12 / 0

### *Appearances:*

Debtor:   *Debtor Pro Se*

Trustee:  Winnecour / (Bedford) / Pail / Katz

Creditor:  *Warmbrodt – Bank of New York Mellon*

RECEIVED
2017 JUL 27 P 3: 24
U.S. BANKRUPTCY COURT
CLERK
PITTSBURGH

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. ___✓___ Plan/Motion continued to __9-7-17__ at __1:00__.

8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____ .
   A hearing on the Amended Plan is set for _____ at _____.

9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

7/17/2017  12:28:17PM