# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

**Debtor:** HEATHER DIANE NITCH
**Case Number:** 17-20074-GLT    **Chapter:** 13
**Date / Time / Room:** THURSDAY, JANUARY 11, 2018 09:30 AM   3251 US STEEL
**Hearing Officer:** CHAPTER 13 TRUSTEE

### *Matter:*

#12 - Continued Confirmation of Plan Dated 1/22/2017 (NFC)
R / M #:  12 / 0

### *Appearances:*     *No one appeared*

Debtor:
Trustee: Winnecour / (Pail) / Katz
Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____.
    A hearing on the Amended Plan is set for _____ at _____.
9. _X_ Contested Hearing: __2/14/18__ at __9:30__.
10. _____ Other:

~$6K arrears