Form 314

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Heather Diane Nitch** | : | Case No. 17−20074−GLT |
| **aka Heather Diane Greathouse, dba Do It the** | : | Chapter: 13 |
| **Write Way LLC** | : | Next Hearing Date: February 14, 2018 |
| *Debtor(s)* | : | at 9:30 a.m. |

# ORDER

     *AND NOW,* this ***The 12th of January, 2018,*** as a result of the Proceeding held on January 11, 2018, it is hereby **ORDERED, ADJUDGED and DECREED** as follows: (only the provisions checked below apply to this case).

☐    A.    The Parties cannot resolve the plan disputes, therefore, **on or before February 2, 2018,** all *Objections* to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any *Objection* to the *Plan* and Counsel for the Debtor(s) shall appear and mediate the issues raised in the *Objection*.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

☐    B.    ***On or before ,*** the Debtor shall file an ***Amended Plan***, serving a copy of the *Amended Plan* and this *Order* on the Chapter 13 Trustee and all interested parties (all Parties listed on the current mailing matrix) and file a Certificate of Service with the Clerk of the Bankruptcy Court. *Failure to timely comply with the filing of the Amended Plan referred to in this Order will result in the automatic dismissal of this case without further notice or hearing.* **On or before February 2, 2018, Objections** to the proposed *Plan*, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. ***Objections which are not timely filed will not be considered.***

*On at ,* a Conciliation Conference is scheduled in at which time the Proponent of any Objection to the Plan and Counsel for the Debtor(s) shall appear and mediate the issues raised in the Objection.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

continued on reverse side or next page

☑   C.   On or before February 2, 2018, all Objections to the Chapter 13 Plan, if any, shall be filed and served on Debtor, Chapter 13 Trustee and any creditor whose claim may be affected by the Objection. Objections which are not timely filed will not be considered. A hearing will be held on February 14, 2018 at 9:30 a.m., in Courtroom A, 54th Floor U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219. The Debtor is required to attend the hearing.

It is **FURTHER ORDERED** that the Debtor shall timely make full plan payments to the Chapter 13 Trustee, on or before the date upon which the respective plan payment is due, *time being of the essence*. The first payment is due thirty (30) days after the Chapter 13 Plan has been filed. Any failure to make pre−confirmation payments to the Trustee may result in the dismissal of the case upon the Trustee.s written or oral motion made prior to the or at the plan confirmation hearing.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

If Paragraph A, above, is checked, Case Administrator to serve all Parties on the Mailing Matrix.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                      Case No. 17-20074-GLT
Heather Diane Nitch                                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: ctak               Page 1 of 1            Date Rcvd: Jan 12, 2018
                              Form ID: 314             Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 14, 2018.
```
db             +Heather Diane Nitch,    206 East Euclid Avenue,    New Castle, PA 16105-2512
cr              ECMC,    ECMC,    P.O. BOX 16408,    ST. PAUL, MN    55116-0408
14347132        American Education Systems,     Harrisburg, PA
14736077        ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14364585       +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
14635305       +The Bank of New York Mellon, as Trustee for CIT Mo,     C/ O CALIBER HOME LOANS, INC.,
                 13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
14416493        University of Pittsburgh Physicians,     PO Box 1123,    Minneapolis, MN 55440-1123
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14351936        E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2018 01:24:12     Ally Financial,
                 PO Box 130424,    Roseville MN 55113-0004
14347131        E-mail/Text: ally@ebn.phinsolutions.com Jan 13 2018 01:24:12     Ally Financial,
                 PO Box 9001951,    Louisville, KY 40290-1951
14347130       +E-mail/Text: ECMBKMail@Caliberhomeloans.com Jan 13 2018 01:25:20     Caliber Home Loans,
                 3701 Regent Blvd.,    Irving, TX 75063-2312
14404150        E-mail/Text: JCAP_BNC_Notices@jcap.com Jan 13 2018 01:24:51     Jefferson Capital Systems LLC,
                 Po Box 7999,    Saint Cloud Mn 56302-9617
14634998        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 01:26:56
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
14367989       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jan 13 2018 01:27:09
                 PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14347885       +E-mail/Text: bankruptcy@huntington.com Jan 13 2018 01:24:37     The Huntington National Bank,
                 P.O. Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, as Trustee for CIT Mo
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 14, 2018                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 12, 2018 at the address(es) listed below:
```
              James    Warmbrodt     on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```