IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA


FILED
FEB 15 2018
CLERK, U.S. BANKRUPTCY COURT
WEST DIST. OF PENNSYLVANIA

In re:                                          :    Case No.:    17-20074-GLT
                                                :    Chapter:     13
Heather Diane Nitch                             :
                                                :
                                                :    Date:        2/14/2018
            *Debtor(s)*.                        :    Time:        09:30

## PROCEEDING MEMO

*MATTER:*   #12 - Confirmation of Chapter 13 Plan Dated 1-22-17 (NFC)
            #27 - Objection by the Bank of NY Mellon

*APPEARANCES:*
            Debtor:     [No appearance]
            Trustee:    Jana Pail

*NOTES:*

Pail: No payments since November 2017. Payment would have to increase to $2,266/mo., but it is no longer feasible. Requests dismissal without prejudice.

*OUTCOME:*

1. A hearing on the trustee's oral motion to dismiss the case is set for February 28, 2018 at 11:00 a.m. (HT to prepare.)

2. On or before February 26, 2018, the Debtor shall file a response to the oral motion to dismiss the case. Otherwise, the Court will dismiss the case without further notice or hearing. (HT to prepare.)

**DATED:** 2/14/2018