IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
2/15/18 11:55 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | |
|---|---|
| In re: : | Case No. 17-20074-GLT |
| : | Chapter 13 |
| HEATHER DIANE NITCH, : | |
| : | |
| Debtor(s). : | |
| : | |
| RONDA J. WINNECOUR, Trustee, : | |
| : | |
| Movant, : | |
| : | |
| v. : | |
| : | |
| HEATHER DIANE NITCH, : | |
| : | Hearing Date: 2/28/18 at 11 am |
| Respondent(s). : | Response Date: 2/26/18 |

**NOTICE AND ORDER SCHEDULING HEARING
AND RESPONSE DEADLINE REGARDING MOTION OF THE
<u>CHAPTER 13 TRUSTEE TO DISMISS CHAPTER 13 BANKRUPTCY CASE</u>**

TO THE RESPONDENT(S), CREDITORS, AND PARTIES IN INTEREST:

YOU ARE HEREBY NOTIFIED THAT the chapter 13 trustee made an oral motion (the "<u>Motion</u>") requesting the dismissal of this bankruptcy case.

YOU ARE FURTHER NOTIFIED THAT if you object to the dismissal of this bankruptcy case, you must file and serve upon the chapter 13 trustee a response to the *Motion* **by no later than February 26, 2018**, in accordance with the Federal Rules of Bankruptcy Procedure, the Local Rules of this Court, and the general procedures of the Honorable Gregory L. Taddonio as found on the Court's webpage at www.pawb.uscourts.gov. If you fail to timely file and serve a written response, this bankruptcy case will be dismissed and no further hearing will be held.

YOU ARE FURTHER NOTIFIED THAT if a response is timely filed, a hearing will be held on **February 28, 2018** at **11 am** before Judge Gregory L. Taddonio in Courtroom A, 54th Floor, U.S. Steel Tower, 600 Grant Street, Pittsburgh, Pennsylvania 15219.

YOU ARE FURTHER NOTIFIED THAT to the extent the Court does not grant the *Motion*, it may conduct a hearing to consider confirmation of the Debtor(s)' *Chapter 13 Plan dated 1/22/17* [Dkt. No. 12] at the same date and time as the hearing on the *Motion* without additional notice to the parties.

The Chapter 13 Trustee shall *immediately* serve this *Notice* on those persons and entities required to receive notice of the *Motion* pursuant to the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and/or the Local Rules of this Court, and file a certificate of service evidencing the same.

Dated: 2/15/18

GREGORY J. TADDONIO hct
UNITED STATES BANKRUPTCY JUDGE

cm: Heather Diane Nitch

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 17-20074-GLT
Heather Diane Nitch                                                       Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: culy              Page 1 of 1              Date Rcvd: Feb 15, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 17, 2018.
db             +Heather Diane Nitch,   206 East Euclid Avenue,   New Castle, PA 16105-2512

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 17, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 15, 2018 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor   The Bank of New York Mellon, as Trustee for CIT
           Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                              TOTAL: 3