Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Heather Diane Nitch** | : | Case No. 17−20074−GLT |
| **aka Heather Diane Greathouse, dba Do It the** | : | Chapter: 13 |
| **Write Way LLC** | : | |
| *Debtor(s)* | : | |
| | : | |
| | : | Related Dkt. No. 39 |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this ***The 27th of February, 2018,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is ***DISMISSED, without prejudice***. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

(5) Pursuant to the proceeding on 2/14/18.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Heather Diane Nitch  
    Debtor

Case No. 17-20074-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: hthu     Page 1 of 1     Date Rcvd: Feb 27, 2018  
                    Form ID: 309     Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 01, 2018.

```
db              +Heather Diane Nitch,    206 East Euclid Avenue,    New Castle, PA 16105-2512
14347132         American Education Systems,    Harrisburg, PA
14364585        +PHEAA,    PO BOX 8147,    HARRISBURG, PA 17105-8147
14635305        +The Bank of New York Mellon, as Trustee for CIT Mo,    C/ O CALIBER HOME LOANS, INC.,
                  13801 WIRELESS WAY,    OKLAHOMA CITY OK 73134-2500
14416493         University of Pittsburgh Physicians,    PO Box 1123,    Minneapolis, MN 55440-1123
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr               EDI: ECMC.COM Feb 28 2018 07:23:00      ECMC,   ECMC,    P.O. BOX 16408,
                  ST. PAUL, MN   55116-0408
14351936         EDI: GMACFS.COM Feb 28 2018 07:23:00      Ally Financial,    PO Box 130424,
                  Roseville MN 55113-0004
14347131         EDI: GMACFS.COM Feb 28 2018 07:23:00      Ally Financial,    PO Box 9001951,
                  Louisville, KY 40290-1951
14347130        +E-mail/Text: ECMBKMail@Caliberhomeloans.com Feb 28 2018 02:35:11      Caliber Home Loans,
                  3701 Regent Blvd.,    Irving, TX 75063-2312
14736077         EDI: ECMC.COM Feb 28 2018 07:23:00      ECMC,    PO BOX 16408,    ST. PAUL, MN 55116-0408
14404150         EDI: JEFFERSONCAP.COM Feb 28 2018 07:23:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
14634998         EDI: PRA.COM Feb 28 2018 07:23:00      Portfolio Recovery Associates, LLC,    POB 12914,
                  Norfolk VA 23541
14367989        +EDI: PRA.COM Feb 28 2018 07:23:00      PRA Receivables Management, LLC,    PO Box 41021,
                  Norfolk, VA 23541-1021
14347885        +E-mail/Text: bankruptcy@huntington.com Feb 28 2018 02:34:23      The Huntington National Bank,
                  P.O. Box 89424,    Cleveland, OH 44101-6424
                                                                                              TOTAL: 9

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              The Bank of New York Mellon, as Trustee for CIT Mo
cr*            +PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                   TOTALS: 1, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 27, 2018 at the address(es) listed below:

```
              James Warmbrodt    on behalf of Creditor    The Bank of New York Mellon, as Trustee for CIT
               Mortgage Loan Trust 2007-1 bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 3
```