**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>HEATHER DIANE NITCH<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Repondents. | Case No.:17-20074 GLT<br><br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 01/09/2017 and confirmed on 03/03/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 8,033.45 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 8,033.45 |
| | | |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 0.00 | |
|   Trustee Fee | 350.17 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 350.17 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 1438 | 0.00 | 4,171.83 | 0.00 | 4,171.83 |
| BANK OF NEW YORK MELLON - TRUSTEE<br>Acct: 1438 | 46,550.19 | 0.00 | 0.00 | 0.00 |
| ALLY FINANCIAL(*)<br>Acct: 0482 | 21,442.12 | 2,168.25 | 1,095.20 | 3,263.45 |
| | | | | 7,435.28 |
| **Priority** | | | | |
| HEATHER DIANE NITCH<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| SHARP COLLECTIONS<br>Acct: 3862 | 168.00 | 0.00 | 0.00 | 0.00 |
| CLERK, U S BANKRUPTCY COURT<br>Acct: XXXXXXXX-GLT | 248.00 | 248.00 | 0.00 | 248.00 |
| | | | | 248.00 |
| **Unsecured** | | | | |
| ECMC(*) | 12,342.32 | 0.00 | 0.00 | 0.00 |

| 17-20074 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 2 of 2 |
|---|---|---|---|---|---|
| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
| | Acct: 9415 | | | | |
| | WELTMAN WEINBERG & REIS CO LPA | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 3989 | | | | |
| | JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | US ACUTE CARE SOLUTIONS | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6385 | | | | |
| | UPMC HEALTH SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 6135 | | | | |
| | UNIVERSITY OF PITTSBURGH PHYSICIANS | 356.80 | 0.00 | 0.00 | 0.00 |
| | Acct: 9415 | | | | |
| | PRA/PORTFOLIO RECOVERY ASSOC | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: 2964 | | | | |
| | PORTFOLIO RECOVERY ASSOCIATES, LLC | 2,669.51 | 0.00 | 0.00 | 0.00 |
| | Acct: 0080 | | | | |
| | HUNTINGTON NATIONAL BANK(*) | 969.42 | 0.00 | 0.00 | 0.00 |
| | Acct: 1978 | | | | |
| | JEFFERSON CAPITAL SYSTEMS LLC* | 182.68 | 0.00 | 0.00 | 0.00 |
| | Acct: 0001 | | | | |
| | STANLEY GREATHOUSE++ | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: | | | | |
| | SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| | Acct: XXXXXPRAE | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 7,683.28 |
|---|---|---|

TOTAL CLAIMED
PRIORITY           416.00
SECURED         67,992.31
UNSECURED      16.520.73

Date: 04/16/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com